Sheri M. Thome, Esq.
Nevada Bar No. 008657
Taylor A. Buono, Esq.
Nevada Bar No. 015513
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*Imagine Schools Mountainview*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SHINEKA FOY, | Case No. 2:23-cv-00921-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| IMAGINE SCHOOLS MOUNTAINVIEW, a Nevada Corporation, | |
| Defendants. | |

Plaintiff Shineka Foy ("Plaintiff") and Defendant Imagine Schools Mountainview ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action. FRCP 41(a)(1)(ii).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

290495502v.1

IT IS SO STIPULATED.

DATED this 7th day of December, 2023.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: */s/ Taylor A. Buono*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
Taylor A. Buono, Esq.
Nevada Bar No. 015513
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Phone: 702-727-1400
Fax: 702-727-1401
Sheri.Thome@wilsonelser.com
Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*Imagine Schools Mountainview*

DATED this 6th day of December, 2023.

KEMP & KEMP

By: */s/ James P. Kemp*
James P. Kemp, Esq.
Nevada Bar No. 006375
7435 W. Azure Dr., Suite 110
Las Vegas, NV 89130
Phone: 702-258-1183
Fax: 702-258-6983
Email: jp@kemp-attorneys.com
*Attorneys for Plaintiff*
*Shineka Foy*

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 8, 2023

290495502v.1